UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2016 JUN 22 PM 4: 22
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| Johnetta Wiley, ) | CASE NO. 1:16-cv-0787 |
| ) | |
| Plaintiff, ) | |
| ) | Judge: Dan A. Polster |
| vs. ) | |
| ) | |
| Cleveland Heights-University Heights City ) | |
| School District Board of Education et al, ) | **STIPULATED DISMISSAL ENTRY** |
| ) | |
| Defendants. ) | |

The Court held a Case Management Conference on June 13, 2016, at which time the Court mediated a settlement, subject to the approval of the School District Board. The Board has now approved the settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case against the School District Board is settled and dismissed with prejudice, each party to pay its own costs. The case against all the individual defendants is dismissed with prejudice. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Counsel for Plaintiff

_____
Counsel for Defendants

IT IS SO ORDERED.

_____    6/22/16
**DAN AARON POLSTER         DATE
UNITED STATES DISTRICT JUDGE**